IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cr-30075-SMY |
| | ) |
| ANDRE KING, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Defendant Andre King was sentenced on September 17, 2020, to 120 months imprisonment for transportation of stolen vehicle (Counts 1 and 7), interference with commerce by robbery (Counts 2, 3, and 5), and carry and use of a firearm during a crime of violence (Count 4) (Docs. 44, 46). Now pending before the Court is King's motion for compassionate release. King asserts that extraordinary and compelling reasons exist because his sentences are not being run concurrently by the Bureau of Prisons (Doc. 58). For the following reasons, the motion is **DENIED**.

A motion for compassionate release is not the proper vehicle to address an alleged erroneous sentence calculation. Rather, a prisoner who believes the Bureau of Prisons has erred in its calculation of his federal sentence can challenge the execution of his sentence by bringing a petition for writ of habeas corpus under 28 U.S.C. § 2241. *See United States v. Scott,* 775 F. App'x 252, 253 (7th Cir. 2019); *see also Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000); *United States v. Wilson*, 503 U.S. 329, 334-336 (1992).

A petition filed pursuant to § 2241 must name the prisoner's custodian as respondent and must be filed in the district of custody. *Rumsfeld v. Padilla*, 542 U.S. 426 (2004). King is currently

housed at FCI Thomson in Thomson, Illinois. As such, he should file an appropriate request with the BOP and, if that fails, is free to seek relief under § 2241 in the United States District Court for the Northern District of Illinois.

**IT IS SO ORDERED.**

**DATE: July 31, 2025**

**STACI M. YANDLE**
**United States District Judge**